**AO 10**
**Rev. 1/2010**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J. | US SOUTHERN DISTRICT OF OHIO | 4/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CHIEF DIST JUDGE-ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US COURT HOUSE<br>2ND FLOOR ROOM 227<br>CINCINNATI OHIO 45202 | Reviewing Officer_____Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-PERSONAL REPRESENTATIVE | ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 11 A 10: 26 FINANCIAL DISCLOSURE OFFICE

Dlott, Susan J.

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Please see attached letter to Committee on Financial Disclosure. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER | D | Interest | M | T | | | | | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | C | Interest | | | Matured | 12/01/09 | L | A | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | | | Matured | 12/01/09 | M | A | |
| 5. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | C | Interest | | | Matured | 06/01/09 | M | A | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | | | | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | | | | | |
| 8. CASH held in custodian at Johnson Investments (#968) | | None | N | T | | | | | |
| 9. CASH held in custodian at Johnson Investments (#8932) | | None | J | T | | | | | |
| 10. Womens capital club partnership (2.5% onwership)) | A | Distribution | K | W | | | | | |
| 11. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | C | Interest | | | Matured | 06/01/09 | M | A | |
| 12. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 13. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | J | T | | | | | |
| 14. SHS SYSCO CORP | A | Dividend | | | Sold | 02/13/09 | L | E | |
| 15. SHS ADOBE SYSTEMS INC | | None | | | Sold | 02/04/09 | K | A | |
| 16. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 17. SHS AKAMAI TECHNOLOGIES | | None | | | Sold | 02/12/09 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  SHS DANAHER CORPORATION | A | Dividend | | | Sold | 02/12/09 | K | A | |
| 19.  SHS CHEVRON CORP | A | Dividend | J | T | Sold (part) | 08/27/09 | J | C | |
| 20.  SHS EXXON MOBIL (#8932) | A | Dividend | | | Sold | 08/27/09 | J | C | |
| 21.  SHS ISHARES S&P SMALLCAP 600 | A | Dividend | | | Sold | 02/03/09 | L | B | |
| 22.  SHS MICROSOFT CORP | B | Dividend | M | T | | | | | |
| 23.  SHS PEPSICO INC | C | Dividend | L | T | | | | | |
| 24.  SHS JOHNSON FIXED INCOME FUND | E | Dividend | N | T | Buy | 07/29/09 | M | | |
| 25.  SHS BHP BILLITON LTD ADR | A | Dividend | J | T | | | | | |
| 26.  SHS CONOCOPHILLIPS | C | Dividend | L | T | | | | | |
| 27.  BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | D | Interest | M | T | | | | | |
| 28.  SHS CATERPILLAR TRACTOR COMPANY | A | Dividend | | | Sold | 10/01/09 | J | A | |
| 29.  SHS DANAHER CORP (#8932) | A | Dividend | | | Sold | 10/19/09 | J | A | |
| 30.  Fifth Third Bank Stock | A | Dividend | | | Sold | 08/13/09 | K | A | |
| 31.  SHS PROCTER & GAMBLE CO | D | Dividend | M | T | | | | | |
| 32.  SHS CISCO SYSTEMS INC | | None | J | T | | | | | |
| 33.  SHARES WELLPOINT INC | | None | | | Sold | 02/13/09 | L | D | |
| 34.  SHARES EQUITABLE RESOURCES INC | A | Dividend | J | T | Sold (part) | 02/04/09 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHARES GENERAL ELECTRIC COMPANY | C | Dividend | K | T | Sold (part) | 10/01/09 | K | E | |
| 36. SHS EXXON MOBIL CORPORATION | C | Dividend | L | T | Sold (part) | 02/04/09 | M | G | |
| 37. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | A | Dividend | | | Sold | 02/13/09 | K | E | |
| 38. SHS JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 39. - SHARES NOVARTIS AG ADR | A | Dividend | K | T | | | | | |
| 40. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | D | Interest | M | T | | | | | |
| 41. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 42. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | D | Interest | M | T | | | | | |
| 43. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | M | T | | | | | |
| 44. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | D | Interest | M | T | | | | | |
| 45. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 46. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | | | Sold | 03/06/09 | J | B | |
| 47. STRYKER CORPORATION | A | Dividend | | | Sold | 10/19/09 | K | A | |
| 48. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | M | T | | | | | |
| 49. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | D | Interest | M | T | | | | | |
| 50. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 51. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE 2/1/13 | C | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F=$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 3M COMPANY SHARES | B | Dividend | K | T | Sold (part) | 08/24/09 | K | E | |
| 53. SHS AKAMAI TECH (#8932) | | None | | | Sold | 10/19/09 | J | A | |
| 54. BB&T COMPANY SHARES | A | Dividend | | | Sold | 05/07/09 | J | A | |
| 55. CINCINNATI FINANCIAL CORP SHARES | C | Dividend | L | T | | | | | |
| 56. DOMINION RESOURCES SHARES | C | Dividend | L | T | | | | | |
| 57. EMERSON ELECTRIC COMPANY | B | Dividend | L | T | | | | | |
| 58. THORNBURG INTERNATIONAL VALUE FUND | B | Dividend | L | T | Sold (part) | 02/04/09 | L | A | |
| 59. COMCAST CORP CLASS A SPECIAL | A | Dividend | J | T | | | | | |
| 60. GILEAD SCIENCES INC | | None | | | Sold | 10/19/09 | J | B | |
| 61. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | | | | | |
| 62. UNITED HEALTHCARE CORP | A | Dividend | | | Sold | 10/01/09 | J | A | |
| 63. SHS KELLOGG COMPANY | A | Dividend | J | T | | | | | |
| 64. SHS KRAFT FOODS INC | A | Dividend | | | Sold | 06/30/09 | J | A | |
| 65. BOND - STATE OF OHIO BLDG AUTH REV, 5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 66. SHS US BANCORP | A | Dividend | J | T | | | | | |
| 67. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |
| 68. BECTON, DICKINSON AND COMPANY | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CHESAPEAKE ENERGY CORPORATION | A | Dividend | J | T | | | | | |
| 70. COVANCE, INC | | None | | | Sold | 07/27/09 | L | A | |
| 71. GAMESTOP CORPORATION | | None | J | T | Buy | 01/06/09 | J | | |
| 72. KIMBERLY-CLARK CORPORATION | A | Dividend | | | Sold | 06/04/09 | J | A | |
| 73. NESTLE A SPONSERED ADR | B | Dividend | L | T | | | | | |
| 74. PRINCIPAL FINANCIAL GROUP | | None | | | Sold | 10/19/09 | J | A | |
| 75. SAFEWAY INCORPORATED | B | Dividend | L | T | Buy | 02/04/09 | L | | |
| 76. GOLDMAN SACHS GROUP INC | A | Dividend | K | T | | | | | |
| 77. GS FINL SQ MMKT INSTL | A | Dividend | | | Sold | 03/05/09 | L | A | |
| 78. INTUITIVE SURGICAL INC | | None | | | Sold | 06/11/09 | K | A | |
| 79. MANITOWOC COMPANY INC | A | Dividend | J | T | | | | | |
| 80. MINDRAY MEDICAL INTL LTD | A | Dividend | J | T | | | | | |
| 81. PEPSICO INCORPORATED | A | Dividend | J | T | Sold (part) | 10/19/09 | J | B | |
| 82. PETROLEO BRASILEIRO - SA | A | Dividend | K | T | | | | | |
| 83. POLO RALPH LAUREN CORP | A | Dividend | K | T | | | | | |
| 84. TATA MOTORS LTD - SPNS ADR | A | Dividend | K | T | | | | | |
| 85. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MASON OHIO GEN 4% DUE 12/021/20 | D | Interest | M | T | | | | | |
| 87. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | | | | | |
| 88. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | C | Interest | L | T | | | | | |
| 89. BANK OF NEW YORK MELLON CORP | A | Dividend | | | Sold | 10/01/09 | L | A | |
| 90. FPL GROUP INC | B | Dividend | L | T | | | | | |
| 91. JOHNSON DISCIPLINED MID-CAP FUND | | None | | | Sold | 02/03/09 | M | A | |
| 92. VANGUARD MONEY MARKET | D | Dividend | O | T | Buy | 12/02/09 | N | | |
| 93. Beavercreek Ohio city school district 4.75% | C | Interest | M | T | Buy | 06/12/09 | M | | |
| 94. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% | D | Interest | M | T | Buy | 02/18/09 | M | | |
| 95. KENTON CIY. KY SCHOOL DISTRICT FINANCE 4.5% | C | Interest | M | T | Buy | 02/17/09 | M | | |
| 96. KENTUCKY STATE PROP AND BLDG. COMMISSION 5.0% | | None | M | T | Buy | 10/28/09 | M | | |
| 97. RISING SUN IN. SCHOOL BLDG. CORP. 3.8% | C | Interest | M | T | Buy | 12/16/09 | M | | |
| 98. WALGREEN COMPANY | A | Dividend | L | T | Sold (part) | 10/19/09 | K | E | |
| 99. XTO Energy | A | Dividend | | | Sold | 02/03/09 | K | A | |
| 100. GAMESTOP CORPORATION | | None | | | Buy | 01/06/09 | K | | |
| 101. GAMESTOP CORPORATION | | None | | | Sold | 12/23/09 | K | A | |
| 102. TYCO INTERNATIONAL LTD | A | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. UNITED HEALTHCARE CORP | B | Distribution | | | | | | | |
| 104. ALLSTATE CORPORATION | A | Dividend | | | Sold | 10/01/09 | J | A | |
| 105. APPLIED MATERIALS, INC | A | Dividend | J | T | Buy | 07/01/09 | J | | |
| 106. NORFOLK SOUTHERN CORPORATION | A | Dividend | J | T | Buy | 06/30/09 | J | | |
| 107. POTASH CORPORATION OF SASKATCHEWAN, INC | A | Dividend | J | T | Buy | 06/30/09 | J | | |
| 108. BOEING COMPANY | A | Dividend | | | Sold | 06/17/09 | J | A | |
| 109. TARGET CORPORATION | A | Dividend | | | Sold | 04/20/09 | J | A | |
| 110. FREEPORT MCMORAN COPPER & GOLD | | None | | | Buy | 01/06/09 | J | | |
| 111. FREEPORT MCMORAN COPPER & GOLD | | None | | | Sold | 08/27/09 | J | D | |
| 112. AMERICAN INTERNATIONAL GROUP, INC. | A | Distribution | | | | | | | |
| 113. JOHNSON FIXED INCOME FUND | C | Dividend | J | T | Buy | 07/29/09 | J | | |
| 114. FIRST AMERICAN TREASURY OBLIGATIONS FUND | A | Interest | J | T | Buy | 07/29/09 | J | | |
| 115. AMERICAN EXPRESS | A | Dividend | | | Sold | 06/11/09 | K | D | |
| 116. ARCHER DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 117. BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 118. DPL INC | A | Dividend | K | T | Buy | 03/05/09 | K | | |
| 119. EVERGREEN MONEY MARKET | A | Dividend | | | Sold | 12/01/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GS FINL SQ MMKT INSTL | | None | L | T | Buy | 01/02/09 | L | | |
| 121. APPLE INC | | None | L | T | Buy | 06/11/09 | J | | |
| 122. AMDOCS LTD | | None | K | T | | | | | |
| 123. HASBRO INC | A | Dividend | K | T | Buy | 01/15/09 | K | | |
| 124. INDUSTRIAL SECTOR SPDR | A | Dividend | K | T | | | | | |
| 125. ISHARES MSCI EAFE INDEX | A | Dividend | K | T | | | | | |
| 126. ISHARES TR MSCI EMERGING | A | Dividend | K | T | | | | | |
| 127. KROGER COMPANY COMMON | A | Dividend | J | T | Buy | 03/05/09 | J | | |
| 128. MEDTRONIC INC | A | Dividend | K | T | | | | | |
| 129. NYSE EURONEXT | B | Dividend | K | T | Buy | 01/15/09 | K | | |
| 130. PETMED EXPRESS INC | A | Dividend | K | T | | | | | |
| 131. SCHLUMBERGER LTD | A | Dividend | K | T | | | | | |
| 132. PORTFOLIO RECOVERY ASSOCIATE | | None | J | T | | | | | |
| 133. SUNCOR ENERGY INC | A | Dividend | K | T | | | | | |
| 134. WYETH | A | Dividend | | | Sold | 06/11/09 | K | A | |
| 135. HOLOGIC | | None | | | Sold | 06/11/09 | K | A | |
| 136. AT&T INC. | | None | K | T | Buy | 11/05/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FEDERATED MUNICIPAL CASH TRUST | C | Interest | | | Sold | 12/31/09 | J | A | . |
| 138. WELLS FARGO MONEY MARKET | A | Dividend | J | T | Buy | 6/30/09 | J | | |
| 139. VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | N | T | Buy | 7/29/09 | N | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.5%.

LINES 8 AND 9 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINES 102,103, AND112 ARE DISTRIBUTIONS OF SECURITIES LITIGATION SETTLEMENTS FROM INVESTMENTS HELD PRIOR TO THIS YEAR

LINE 109 TARGET WAS SOLD IN THE CURRENT YEAR IN ENTIRETY AND WAS INLCUDED ON LINE 19 IN THE PRIOR YEAR

LINE 135 SHARES OF HOLOGICS ARE THE TOTAL COMBINED FROM THE PRIOR YEAR LINES 56 AND 124 AND 192

LINE 91 JOHNSON MIDCAP WAS COMBINED DUE TO SALE IN THE CURRENT YEAR AND WAS SHOWN ON LINES 60 & 182 IN THE PRIOR YEAR

LINE 128 MEDTRONICS WAS SHOWN ON LINE 71 IN PRIOR YEAR - MOVED FOR EASIER DISPLAY

LINE 99 XTO ENERGY WAS ON LINE 84 MOVED IN GROUPING FOR EASE OF ENTRY

LINE 104 ALLSTSTE CORPORATION WAS SHOWN ON LINE 85 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 122 AMDOCS WAS SHOWN ON LINE 120 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 133 SUNCOR WAS SHOWN ON LINE 121 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 117 BP PLC ADS WAS SHOWN ON LINE 122 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 130 PET MED EXPRESS WAS SHOWN ON LINE 126 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 114 FIRST AMERICAN TREASURY OBLIGATION FUNDS WAS SHOWN ON LINE 128 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 115 AMERICAN EXPRESS CREDIT CORP WAS SHOWN ON LINE 130 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING SALE

LINE 131 SCHLUMBERGER WAS SHOWN ON LINE 131 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 134 ISHARES WYETH WAS SHOWN ON LINE 132 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 125 ISHARES MSCI EAFE INDEX WAS SHOWN ON LINE 133 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 126 ISHARES TR MSCI EMERGING MARKET WAS SHOWN ON LINE 136 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 132 PORTFOLIO RECOVERY ASSOCIATES WAS SHOWN ON LINE 138 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 121 APPLE INC WAS SHOWN ON LINE 143 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 76 GOLDMAN SACHS IS THE TOTAL COMBINED FROM THE PRIOR YEAR LINES 145 AND 162

LINE 19 CHEVRON CORP IS THE TOTAL COMBINED FROM THE PRIOR YEAR LINES 153 AND 31

LINE 78 INTUITIVE SURGICAL IS THE TOTAL COMBINED FROM THE PRIOR YEAR LINES 165 AND 166

LAST YEAR COACH INC LINES 190 AND 106 AMOUNTS - THE SALE WAS REPORTED ON LINE 106 FOR BOTH LOTS THEREFORE COACH WAS REMOVED FROM THE SCHEDULE

LINE 108 BOEING INC WAS SHOWN ON LINE 193 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 99 XTO ENERGY WAS SHOWN ON LINE 84 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 32 CISCO SYSTEMS IS THE TOTAL COMBINED FROM THE PRIOR YEAR LINES 73 AND 59

LINE 98 WALGREENS WAS SHOWN ON LINE 40 IN PRIOR YEAR MOVED IN GROUPING FOR EASE OF REPORTING

LINE 100 & 101 GAMESTOP WAS BOUGHT AND SOLD IN ONE YEAR AND THERE WAS NO ROOM TO REPORT THE BUY AND SELL ON ONE LINE

LINE 110 & 111 FREEPORT MCMORAN COPPER AND GOLD WAS BOUGHT AND SOLD IN ONE YEAR AND THERE WAS NO ROOM TO REPORT THE BUY AND SELL ON ONE LINE

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

PART I POSITIONS   JUDGE DLOTT SERVES AS CO REPRESENTATIVE OF [          ] ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOE NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST -SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH DIRECTION FROM PRIOR YEAR

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544